UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Edward Atherton et al,<br><br>  Plaintiff,<br><br>  v.<br><br>Phyllis S. Lewis,<br><br>  Defendant. | Civil Action No. 2:23–cv–698 |

# **ORDER**

 On or before February 2, 2024, Defendant shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

 Dated at Burlington, in the District of Vermont, this 25th day of January 2024.

            */s/ Kevin J. Doyle*
            Kevin J. Doyle
            United States Magistrate Judge